## MOTION DOCKET

**92-1730.** Mahoning Cty. Bar Assn. v. Strobel. On motion to vacate or modify court's order. Leave granted to pay in installments.

F.E. Sweeney, J., would require full payment by installments in one year.

Moyer, C.J., dissents.

**92-2043.** Naylor v. Cardinal School Dist. Bd. of Edn. *Geauga County*, No. 91-G-1629. On motion for leave to file *amicus* of Ohio School Boards Association. Motion granted.

Wright and F.E. Sweeney, JJ., would grant and allow twenty days to respond.

Moyer, C.J., dissents.

**92-2122.** State v. Bailey. *Lake County*, No. 91-L-021. On motions to tax expenses as costs and to strike. Motion to tax denied and motion to strike granted.

Douglas, Wright and Pfeifer, JJ., dissent.

**92-2235.** Citizens For Fair Taxation v. Toledo. *Lucas County*, No. L-91-302. On motion for leave to file *amicus* of Ohio Municipal Attorneys' Association et al. Motion granted.

**92-2307.** Kraly v. Vannewkirk. *Medina County*, No. 2098M. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

Moyer, C.J., dissents.

**92-2358.** State ex rel. Transit Mgt. Serv., Inc. v. Bur. of Workers' Comp. *Franklin County*, No. 91AP-517. On request for oral argument. Request denied.

**92-2392.** Doe v. First United Methodist Church. *Lorain County*, Nos. 91CA005260 and 92CA005318. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93-264.** State ex rel. Parker v. Ohio Bd. of Parole. *Allen County*, No. 1-92-106. On motion for leave to file appellant's brief instanter. Motion granted.

Wright, Resnick and F.E. Sweeney, JJ., dissent.

**93-596.** Paroline v. Cincinnati Ins. Co. *Montgomery County*, Nos. CA 13241 and CA 13110. On motion to dismiss. Motion denied.

**93-611.** Flora v. Rogers. *Marion County*, No. 9-93-09. On motion for leave to amend brief. Motion granted.

**93-740.** Henderson v. Lincoln Natl. Speciality Ins. Co. Certified Question of State Law, No. 393CV7036. On motion for leave to file brief instanter. Motion granted.

**93-742.** Williams v. Genesis Med. Corp. *Cuyahoga County*, No. 61681. On motion for leave to file memorandum in support instanter. Motion granted.

Moyer, C.J., Wright and F.E. Sweeney, JJ., dissent.

**93-954.** State v. Cabrera. *Franklin County*, No. 92AP-1028. On motion to produce/transmit record. Motion denied.

Pfeifer, J., dissents.

**93-996.** Matan & Smith v. Dornbirer. *Franklin County*, No. 92AP-1451. On motion for leave to file memorandum in support. Motion denied.

Moyer, C.J., Douglas and Pfeifer, JJ., dissent.

**93-1001.** Niesz v. N. Life Ins. Co. *Stark County*, No. CA-8818. On motion to consolidate with 93-829, *Niesz v. N. Life Ins. Co.*, Stark County, No. CA-8818. Motion granted.

**93-1013.** Yoder v. Stocker & Sitler Oil Co. *Holmes County*, No. CA-465. On motion for leave to file *amicus* of John N. Teeple. Motion granted.

Moyer, C.J., and Wright, J., dissent.